IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROBERT CARSWELL, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:16-CV-390 (MTT) |
| ROGER PATEL and STORE OWNER, | ) |
| Defendants. | ) |

## ORDER

The Plaintiff, pro se, filed a motion to proceed *in forma pauperis* (IFP) without an accompanying affidavit (required by 28 U.S.C. § 1915(a)) demonstrating that he is unable to pay the costs and fees associated with bringing this action. Doc. 2. On September 20, 2016, the Court ordered the Plaintiff to file a qualifying affidavit (or else pay the filing fee in full) within twenty-one (21) days after the entry thereof and warned that the Court would dismiss his case if he did not comply. Doc. 4. The twenty-one (21) day period expired on October 11, 2016, and the Plaintiff has still failed to comply. Accordingly, the Plaintiff's Complaint is **DISMISSED** without prejudice.

**SO ORDERED**, this 30th day of November, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT